# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY R. BUTTERS, as Co-Trustee of THE BUTTERS CLINTON COUNTY GAS PROTECTOR TRUST, DAVID F. BUTTERS, individually, TERRY L. BUTTERS, individually, and GLEN E. BUTTERS, individually,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **SWN PRODUCTION COMPANY, LLC,** : <br> : <br> **Defendant** : | **CIVIL ACTION NO. 4:17-CV-797** <br><br> **(Chief Judge Conner)** |

## ORDER

AND NOW, this 30th day of March, 2020, upon consideration of the motion (Doc. 71) for summary judgment by SWN Production Company, LLC, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 71) for summary judgment is DENIED.

2. The parties are directed to meet and confer and, on or before **Monday, April 20, 2020**, jointly file a proposed pretrial and trial schedule in accordance with the court's trial term calendar as attached hereto.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania